UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| A.K., *by and through* L.K., and L.K., *individually*,<br><br>                      Plaintiffs,<br><br>                -v.-<br><br>NEW YORK CITY DEPARTMENT OF EDUCATION,<br><br>                      Defendant. | 21 Civ. 4656 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

      On the record before the Court, the Court finds that Plaintiffs' interests in proceeding anonymously outweigh the public interest in disclosure and any prejudice to Defendants. *See Sealed Plaintiff* v. *Sealed Defendant*, 537 F.3d 185, 189 (2d Cir. 2008). Therefore, Plaintiffs' Motion to Proceed Anonymously and to Redact Identifying Information is GRANTED. The Clerk of Court is directed to terminate the motion at docket entry 4.

      SO ORDERED.

Dated:    May 26, 2021
             New York, New York

                                                                 KATHERINE POLK FAILLA
                                                                  United States District Judge